MDLOUT

**U.S. District Court**
**Middle District of Florida (Tampa)**
**CIVIL DOCKET FOR CASE #: 8:08-cv-00222-EAK-MAP**
**Internal Use Only**

Cohn v. Davol, Inc. et al
Assigned to: Judge Elizabeth A. Kovachevich
Referred to: Magistrate Judge Mark A. Pizzo
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 02/01/2008
Date Terminated: 03/11/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

Jason M. Cohn

represented by Kennan George Dandar
Dandar & Dandar, PA
550 N Reo St - Ste 106
PO Box 24597
Tampa, FL 33623-4597
813/289-3858
Fax: 813/287-0895
Email: Dandarlaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Davol, Inc.
*foreign corporation*

**Defendant**

C.R. Bard, Inc.
*foreign corporation*

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

| Date Filed | # | Docket Text |
|---|---|---|
| 02/01/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ; Jury Demand (Filing fee $ 350 receipt number T044779) filed by Jason M. Cohn.(CDA) (Entered: 02/01/2008) |
| | | |

| | | |
|---|---|---|
| 02/06/2008 | 2 | RELATED CASE ORDER AND NOTICE of designation under Local Rule 3.05 - track 2. Notice of pendency of other actions due by 2/19/2008. Signed by Deputy Clerk on 2/6/2008. (CLM) (Entered: 02/06/2008) |
| 03/11/2008 | 3 | MULTIDISTRICT LITIGATION panel order transferring case to: District of Rhode Island Transferee court case number: 08-2365 MDL case number: 1842 (JLH) (Entered: 03/11/2008) |